**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1985**

---

ANTHONY G. BRYANT,

        Plaintiff - Appellant,

    v.

ALPHABET INC.; GOOGLE CORPORATION; YOUTUBE, LLC,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston. Joseph Dawson, III, District Judge. (2:21-cv-03034-JD-MGB)

---

Submitted: January 17, 2023           Decided: January 19, 2023

---

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Anthony G. Bryant, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant appeals the district court's order dismissing without prejudice his civil action after Bryant failed to pay the full filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bryant v. Alphabet, Inc.*, No. 2:21-cv-03034-JD-MGB (D.S.C. filed Sept. 1, 2022; entered Sept. 2, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*